U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 2 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JUAN P. VERRETTE | CIVIL ACTION NO. 07-cv-0547 |
| VERSUS | JUDGE WALTER |
| KIATONIA J. MAJOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 54) is **granted in part** by dismissing all claims against Mike McDaniel, Sgt. Pietsche, Sgt. Ray, Dr. Pamela Hearn, and Angie Huff.

**IT IS FURTHER ORDERED** that the motion is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of August, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE