UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JUAN P. VERRETTE | CIVIL ACTION NO. 07-547-P |
| VERSUS | JUDGE DONALD E. WALTER |
| KIANTONIA J. MAJORS, ET AL. | MAGISTRATE MARK HORNSBY |

## ORDER

Before this Court is a Motion to Dismiss, or in the alternative, Motion to Quash Pursuant to Federal Rule of Civil Procedure 12(b)(5), filed on behalf of Defendant Kiatonyia J. Majors. [Record Document 78]. For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that:

(1) Defendant Major's motion be and is hereby **DENIED**, and

(2) Plaintiff's claims against Linda Ramsey and Sgt. Beene be and are hereby **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Shreveport, Louisiana, on this 31 day of Oct, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE